IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:13-cr-00534-AA |
| **Plaintiff,** | **ORDER GRANTING MOTION TO REDUCE SENTENCE** |
| vs. | |
| **EARL ALLEN,** | |
| **Defendant.** | |

This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served followed by a term of five years' supervised release with all other with all other terms and provisions of the original judgment remaining unchanged except as described herein. The Court adds the following conditions of supervised release: (1) the defendant shall reside in a residential re-entry center (RRC) for a period not to exceed 120 days; (2) upon his arrival at the residential re-entry center, the defendant shall again quarantine for a 14-day period, and (3) following completion of the RRC placement, the defendant shall remain on home detention until October 18, 2022. The Court concludes that the defendant does not pose a danger to any other person or the

Page 1   ORDER GRANTING MOTION TO REDUCE SENTENCE

community. The U.S. Probation Office has approved a release plan for Mr. Allen. This sentence reduction is consistent with Section 3553(a) and the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that Defendant shall be released within ten days from the date of this order for travel to the residential reentry center in Oregon if the BOP has determined that he is COVID-19 negative. If the BOP cannot make the determination by that date, the government shall notify the Court without delay.

IT IS FURTHER ORDERED that the conditions of supervision shall be modified to require that the defendant shall reside in a residential re-entry center for a period not to exceed 120 days and that, following completion of the residential re-entry center placement, the defendant shall remain on home confinement until October 18, 2022. Upon his arrival at the residential re-entry center, the defendant shall quarantine for a 14-day period unless the U.S Probation Office authorizes interruption of the quarantine for urgent reasons.

IT IS FURTHER ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision. The amended judgment shall not become effective until ten days after it is entered on the docket.

Dated this  1st  day of December, 2020.

                                             /s/Ann Aiken
                                           The Honorable Ann L. Aiken
                                           United States District Court Judge